IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:14CR363 |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| CARLOS VARGAS-ROMERO, | ) | |
| SYLVIA GARCIA, | ) | |
| LIMBERG DE PAZ-ESPINOSA, | ) | |
| REYNALDO URBINA-SOTRES, | | |
| | | |
| DefendantS. | | |

This matter is before the court on defendant Carlos Vargas-Romero's unopposed motion to continue trial [151] as defense counsel will be out of town. Counsel for other co-defendants have indicated they have plans to be out of town. The defendant has previously complied with NECrimR 12.1(a).  See filing [66].  For good cause shown,

**IT IS ORDERED** that the motion to continue trial [151] is granted, as follows:

1.  The jury trial, **for all defendants**, now set for June 30, 2015 is continued to **August 11, 2015.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 11, 2015**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED June 11, 2015.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge